DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHERYL CARMODY,**
Appellant,

v.

**ELIZABETH MATINALE,**
Appellee.

No. 4D2025-3111

[May 14, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Sara Alijewicz, Judge; L.T. Case No. 502025SC010468.

Sommer Christine Horton of The Horton Law Group, P.A., Boca Raton, for appellant.

Elizabeth Matinale, Westlake, pro se.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***